Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

        vs.                                   Crim. No. 1:02CR04-01

Edmond Ricky Barkley

On 11/01/2002 the above named individual appeared before The Honorable Lacy H. Thornburg, in the Western District of North Carolina, on a charge of Conspiracy to Manufacture and Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. At that time he was sentenced to 78 months imprisonment, 3 years supervised release, and the following special conditions: (1)$100 assessment(paid); (2) $3,497.50 restitution (paid).

The defendant was released from the Bureau of Prisons on 06/19/2008 and has successfully completed 2 years of Supervised Release. He is 53 years of age and has several medical problems, to include Chronic Obstructive Pulmonary Disease (COPD) and Emphysema. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Edmond Ricky Barkley be discharged from supervision.

                                          Respectfully submitted,

                      by       s/ Diane S. Burton
                               Diane S. Burton
                               U.S. Probation Officer
                               B-3 U.S. Courthouse Building
                               100 Otis Street
                               Asheville, NC 28801
                               (828) 771-7344

Approved By:

      s/ B. Beattie Logan III
B. Beattie Logan III
Supervising U.S. Probation Officer

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

      Date:  <u>August 20, 2010</u>

_____
Martin Reidinger
United States District Judge